IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| FREDDIE FOUNTAIN, #1640115 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv277 |
| K. NICOLE MITCHELL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Second Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Second Report and Recommendation (docket entry #10) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff's notice of voluntary dismissal (docket entry #9), construed as a motion to voluntarily dismiss the lawsuit, is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). It is finally

1

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 6th day of June, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE